IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS KEN ROGERS,
    Plaintiff,

vs.                                      Case No. 3:10cv548/LAC/CJK

RON MCNESBY,
    Defendant.

_____

REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the Clerk. Plaintiff commenced this civil rights action on December 27, 2010 by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On February 24, 2011, the Court issued an order requiring plaintiff to file, within thirty days, either a notice of voluntary dismissal or an amended complaint. (Doc. 8). Plaintiff was warned that failure to do so would result in dismissal of this case. Over thirty days elapsed with no filing by plaintiff. Accordingly, on April 6, 2011, the Court issued an order requiring plaintiff to show cause why this case should not be dismissed. (Doc. 11). Plaintiff responded by filing a motion for extension of time (doc. 12), which was granted until May 13, 2011. (Doc. 13). Having received no response from plaintiff by that date, the Court issued another show cause order on May 31, 2011, providing plaintiff a final opportunity to comply. (Doc. 14). A copy of the order was mailed to plaintiff at his

address of record, Wakulla Correctional Annex. However, it was returned as undeliverable, marked "EOS" (End of Sentence). (Doc. 15). The Court, on its own initiative, ascertained plaintiff's address upon release and mailed a copy of the May 31, 2011 order to that address. (Doc. 16). However, that mailing was returned as undeliverable on June 15, 2011, marked "No Such Number." (Doc. 17). To date, plaintiff has neither complied with the February 24, 2011 order, nor notified the Court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICED for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 11th day of July, 2011.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).